NEW JERSEY CIVIL SERVICE ASSOCIATION v. STATE OF NEW JERSEY.

July 7, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. RALPH GEISENDAFFER.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C. M. L.

July 7, 1981.

Petition for certification denied.

TOWNSHIP OF WASHINGTON v. FRED G. BURKE, COMMISSIONER OF THE DEPARTMENT OF EDUCATION OF THE STATE OF NEW JERSEY.

July 7, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 325)